# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL COATINGS CORPORATION, a California corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>EVANSTON INSURANCE COMPANY, and Illinois corporation, and AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, a New York corporation et al.,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 07-CV-0902-H (AJB)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE PURSUANT TO STIPULATION** |

On October 10, 2007, the parties all signed a stipulation that this matter should be dismissed without prejudice pursuant to a settlement agreement. (Doc. No. 19.) Accordingly, the Court **DISMISSES** this action in its entirety without prejudice.

IT IS SO ORDERED.

Dated: October 11, 2007

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

COPIES TO:
All parties of record.